**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 19114 |
| Bobby Gunn, ) | HON. Timothy Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To: Trustee Marilyn O Marshall, 224 S. Michigan Avenue, Suite 800, Chicago, IL 60604

See attached Service List.

Please take notice that on April 26, 2018, at 9:30 a.m. I shall appear before the Honorable Judge Timothy Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on April 4, 2018 to:

The Chapter 13 Trustee listed above via electronic notice;

To the attached service list via U.S. Mail with postage prepaid from the mail box located at 20 S. Clark Street, Chicago, IL 60603.

_____/s/ *Roger Leshinksy*_____
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-19114<br>Northern District of Illinois<br>Chicago<br>Wed Apr  4 09:57:08 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&t<br>PO Box 769<br>Attn: Melinda I. Alonzo<br>Arlington, TX 76004-0769 |
| Americash Loans<br>3200 W 159th St<br>Harvey, IL 60428-4056 | Apple Home Healthcare<br>123 W Madison St<br>Chicago, IL 60602-4630 | CCI<br>501 Greene Street # 302<br>Augusta, GA 30901-4415 |
| Cash Net USA<br>200 W Jackson Blvd<br>Fl 14<br>Chicago, IL 60606-6929 | City of Chicago - Dep't of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris<br>111 W  Jackson Blvd Ste 600<br>Chicago,IL 60604-3517 |
| (p)COMED<br>1919 SWIFT DR<br>OAKBROOK IL 60523-1502 | Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Harris and Harris LTD<br>111 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-3517 |
| I C SYSTEMS INC<br>PO BOX 64378<br>SAINT PAUL, MN 55164-0378 | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Infusystem Inc<br>PO BOX 204467<br>Dallas, TX 75320-4467 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Northwestern Medicine<br>Po Box 4090<br>Carol Stream, IL 60197-4090 | PINNACLE CREDIT SERVIC<br>810 1ST ST S STE 260<br>HOPKINS, MN 55343-7606 |
| PRESTIGE FINANCIAL SERVICES<br>PO BOX 26707<br>SALT LAKE CITY, UT 84126-0707 | Peoples Gas<br>PO BOX 2968<br>Milwaukee, WI 53201-2968 | Pinnacle Credit Services, LLC<br>d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Prestige Financial Services, Inc c/o Sara Ni<br>1420 S. 500 W<br>C/O Sadie Oldham<br>Salt Lake City, UT 84115-5149 | Angelica Harb<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Bobby Gunn<br>236 Leclaire Ave., Basement<br>Chicago, IL 60644-2523 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ComEd
3 Lincokln Cetre
c/o Sabrina Copelan
Villa Park, IL 60181

End of Label Matrix
Mailable recipients   26
Bypassed recipients    0
Total                 26

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17 B 19114 |
| Bobby Gunn, ) | HON. Timothy Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION FOR HARDSHIP DISCHARGE

NOW COME the Debtor, Bobby Gunn, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby move this Honorable Court to enter an Order granting the Debtor a hardship discharge. Debtor states the following:

1. This motion arises under 11 U.S.C. § 1328(b).

2. On June 24, 2017, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

3. On October 26, 2017, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

4. There is a pending Motion to Dismiss the case for failure to make plan payments which will be heard on April 26, 2018.

5. Debtor's maintained an excellent pay history in the instant case for the duration of the case.

6. Debtor has paid $1,203.02 into the Chapter 13 Plan of reorganization.

7. Debtor has passed away on January 11, 2018. Please see Exhibit A.

8. Debtor is unable to cure the plan default.

9. Debtor is unable to modify the Chapter 13 Plan under Section 1329 as there is no room in the plan to defer the plan default, and Debtor is unable to afford increased monthly plan payments.

10. Debtor used his best efforts to fund the Chapter 13 Plan.

11. Debtor's creditors have received a far greater amount than they would have received if Debtor had filed under Chapter 7 of the Bankruptcy Code.

12. Debtor's attorney, The Semrad Law Firm, LLC respectfully requests this Honorable Court to waive the requirement that Bobby Gunn file the Declaration regarding Domestic Support Obligations as well as the Certification of Completion of Instructional Course Concerning Personal Financial Management, in order for him to receive a discharge in the Chapter 13 Case.

13. Due to the reasons stated in this Motion, Debtor respectfully requests this Honorable Court enter an Order granting the Debtor a hardship discharge.

WHEREFORE, the Debtor prays this Honorable Court enter an Order granting the Debtor a hardship discharge, and for such other and further relief as the Court deems fair and proper.

Respectfully submitted,

___/s/ Roger Leshinksy_____
Attorney for the Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, Illinois 60603
(312) 913-0625