# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

EXHIBIT A

**STATE FILE NUMBER:** 2018 0004948
**DATE ISSUED:** 1/26/2018

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | BOBBY GUNN JR |
| SEX | MALE |
| DATE OF DEATH | JANUARY 11, 2018 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 61 YEARS |
| DATE OF BIRTH | JULY 14, 1956 |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | 236 N LECLAIR AVE |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | DIVORCED FROM MARRIAGE |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 236 N LECLAIRE AVE |
| APT. NO | |
| CITY OR TOWN | CHICAGO |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60644 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | BOBBY GUNN SR |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MILDRED E WILLIS |
| INSIDE CITY LIMITS? | YES |
| INFORMANT'S NAME | PORTRICE GUNN |
| RELATIONSHIP | SISTER |
| MAILING ADDRESS | 236 N LECLAIRE AVE, CHICAGO, IL, 60644 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | OAK RIDGE CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | HILLSIDE, IL |
| DATE OF DISPOSITION | JANUARY 22, 2018 |
| FUNERAL HOME | W W JACKSON, 2701 W 63RD STREET, CHICAGO, IL, 60629 |
| FUNERAL DIRECTOR'S NAME | WILLIAM W JACKSON |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | JANUARY 18, 2018 |

**CAUSE OF DEATH**

PART I
- IMMEDIATE CAUSE (Final disease or condition resulting in death): a. METASTATIC RECTAL CANCER
- b. Due to (or as a consequence of):
- c. Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: 2 YEARS

PART II: Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I
COLON OBSTRUCTION

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 10:00 PM |
| CERTIFIER | PHYSICIAN |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR ADRIENNE BUTLER, 405 N LAKE ZURICH RD, BARRINGTON, ILLINOIS, 60010 |
| DATE CERTIFIED | JANUARY 13, 2018 |
| PHYSICIAN'S LICENSE NUMBER | 036063921 |

0232908




This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*David Orr*
David Orr
Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE